## LOUIS DEQUINDRE *versus* CHARLES POUPARD

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Rule to join in errors *p. 62; (2) agreement for trial, errors waived *p. 78; (3) "Off" stricken from calendar, rule to plead *p. 334; (4) verbal plea, notice of set off *p. 334; (5) rule for judgment subject to set offs *p. 344.

PAPERS IN FILE: [None]
*Office Docket*, MS p. 112, c. 11.  Recorded in *Book A*, MS pp. 419–29.